# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-25-00852-CR

**David Ruiz-Mendoza, Appellant**

**v.**

**The State of Texas, Appellee**

---

**FROM THE 453RD DISTRICT COURT OF HAYS COUNTY,
NO. CR-23-2528-E, THE HONORABLE SHERRI TIBBE, JUDGE PRESIDING**

---

## M E M O R A N D U M   O P I N I O N

Appellant David Ruiz-Mendoza seeks to appeal his judgments of conviction for possession of a controlled substance, less than one gram; aggravated assault with a deadly weapon; and two counts of endangering a child. *See* Tex. Health & Safety Code § 481.115(b); Tex. Penal Code §§ 22.02(a)(2), 22.041(f). The trial court has certified that (1) this is a plea-bargain case and Ruiz-Mendoza has no right of appeal, and (2) Ruiz-Mendoza has waived the right of appeal. Accordingly, we dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 25.2(a)(2), (d).

_____

Darlene Byrne, Chief Justice

Before Chief Justice Byrne, Justices Crump and Ellis

Dismissed for Want of Jurisdiction

Filed: December 19, 2025

Do Not Publish